

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH/ALK:VAZ/KRA                          *271 Cadman Plaza East*
F. #2026R00061                          *Brooklyn, New York 11201*


May 12, 2026


By ECF and Hand


The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Joshua Nass
>       Criminal Docket No. 26-108 (DLI)

Dear Judge Irizarry:

The government respectfully submits this letter in response to the Court's May 11, 2026 order and in further support of its contested May 7, 2026 motion for a proposed protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure.

The government respectfully clarifies that the defendant and defense counsel had reviewed the proposed order (see ECF No. 32-1) before the government submitted the May 7, 2026 motion (see ECF No. 32). However, the defense team does not consent to the motion and, more specifically, contests certain portions of the proposed order—to wit, paragraphs 5 to 14. The contested portions set forth the framework for designating materials as "Sensitive Discovery Material" ("SDM") or "Attorneys' Eyes Only Material" ("AEO").

The government understands that the defense team does not contest the remainder of the proposed protective order and that, ahead of the May 15, 2026 initial status conference, the defendant anticipates submitting a letter in opposition to the government's motion. The parties are prepared to address the government's contested motion and paragraphs 5 to 14 at the status conference.

Because the government is seeking the proposed protective order in its entirety and over the defendant's objection, the proposed order does not set forth party signatures (or dates of signature) near the signature line for the Court—as would typically be the case for a proposed order filed jointly and on consent. The government's proposed order here, if entered

and so-ordered by the Court, would govern discovery production without the need for signature and stipulation by the parties.

The government respectfully incorporates by reference the arguments set forth in the contested May 7, 2026 motion, as well as the attachments to the motion.  For the reasons set forth in the motion, there is good cause under Rule 16(d) for the Court to enter and so-order the government's proposed protective order, with the contested portion and over the defendant's objection.  The Court should do so at the initial status conference.

The government respectfully thanks the Court for its consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/
Anna L. Karamigios
Victor Zapana
Kamil R. Ammari
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of Court (DLI) (by E-mail)
      Counsel of Record (by E-mail)

2