

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH:VAZ/KRA
F. #2026R00061

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 4, 2026

By ECF and Hand

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Joshua Nass
>        Criminal Docket No. 26-108 (DLI)

Dear Judge Irizarry:

The government respectfully submits this letter to advise the Court of one additional matter relating to a defense request for inspection in advance of the status conference tomorrow.

As background, and as detailed in the government's prior filings, the investigation that led to this criminal case involved consensual recordings made by a witness (the "CW"). At the direction of law enforcement, and using devices provided by law enforcement, the CW recorded conversations with the defendant on approximately six different days. The CW also attempted to record a conversation with the defendant on at least one other day, but the device did not function as intended that day. As a result, the device did not produce a recording.

At the request of the defendant, the government intends to make several of the recording devices used by the CW available for defense inspection tomorrow, including the device that failed to produce a recording. The government expects that additional functioning devices will be made available to defense counsel for review at a later date.[1]

After the inspection is completed, the government intends to temporarily relinquish custody of the apparently malfunctioning device to the device's third-party manufacturer so the manufacturer can determine whether, and to what extent, any potentially

---

[1]    This review will be pursuant to the Protective Order entered in this matter. Specifically, review of the apparently malfunctioning device will be on a Sensitive Discovery Material basis, and review of the functioning devices will be on an Attorneys' Eyes-Only basis, to protect highly sensitive law enforcement information pertaining to the devices.

relevant electronic information may be extracted from the device.  To the extent the government receives any discoverable information from the manufacturer's review, the government will promptly produce such information to the defense.  It is possible that the manufacturer's review will require disassembly or other modification of the device.  After the manufacturer has completed its review, law enforcement will again acquire custody of the device.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     ____/s/_____

Victor Zapana
Kamil R. Ammari
Assistant U.S. Attorney
(718) 254-7000

2