

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| ALK:VAZ/KRA | *271 Cadman Plaza East* |
| F. #2026R00061 | *Brooklyn, New York 11201* |

June 18, 2026

By Hand and ECF

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Joshua Nass
>        Criminal Docket No. 26-108 (DLI)

Dear Judge Irizarry:

The government respectfully submits this letter to (1) update the Court regarding the defense request for inspection of recording devices that was discussed at the June 5, 2026 status conference, and (2) request, with the defense's consent, a one-week adjournment of the expert disclosure deadline.

As explained in the government's June 4, 2026, letter, the investigation that led to this criminal case involved consensual recordings made by a witness (the "CW").  At the direction of law enforcement, and using devices provided by law enforcement, the CW recorded conversations with the defendant on approximately six different days.  Using one of the devices (the "Device"), the CW attempted to record certain other conversations with the defendant.  But that Device did not function as intended.  As a result, the Device did not produce certain recordings.

On June 5, 2026, pursuant to the Protective Order entered in this matter (and as explained in the June 4, 2026 letter), the government made most of the recording devices used by the CW available for inspection, including the Device that failed to produce the recordings.

On June 17, 2026, following discussions with the defense, the government permitted a retained defense expert and defense counsel to observe an attempt by the Federal Bureau of Investigation's Computer Analysis and Response Team ("CART") to extract electronic data in a manner that would not modify the data contained on the Device.  As the defense observed, CART was unable to perform such an extraction during the meeting.  Prior to the meeting, CART separately attempted to extract electronic data in a manner that would not modify the data, but that attempt also failed.

The parties now agree that the Device's third-party manufacturer should be permitted to make an attempt at extracting electronic data from the Device.  Based on conversations with the government, the manufacturer will now review the Device and determine whether, and to what extent, any potentially relevant electronic information may be extracted from the Device.

To permit the manufacturer sufficient time to complete the review and provide relevant expert opinions, if any, regarding the Device, the parties respectfully request that the deadline for expert disclosures under Rule 16 of the Federal Rules of Criminal Procedure be adjourned from June 23, 2026, to June 30, 2026.

The parties thank the Court for its consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:　　 /s/ 　　　　　　　　　　
Victor Zapana
Kamil R. Ammari
Assistant U.S. Attorneys
(718) 254-7000

2