

Ilana Haramati
*Partner*
ih@mss-pllc.com
Tel: (646) 860-3130
Fax: (212) 655-3535

July 21, 2026

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 8C South
Brooklyn, NY 11201

     **Re:**    *United States v. Joshua Nass*, **26-cr-108 (DLI)**

Dear Judge Irizarry:

We represent defendant Joshua Nass in the above-captioned case. We write to respectfully request until July 30, 2026 to file Mr. Nass' reply brief in further support of his pretrial motions. This additional time is necessary to thoroughly address the arguments put forward by the government in its lengthy opposition brief filed last week, on July 15, 2026. *See* ECF Doc. 45.

We have conferred with counsel for the government who have no objection to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Joshua Nass*

cc:    Counsel of Record (*via ECF*)