

Henry E. Mazurek
*Partner*
*hem*@mss-pllc.com
Tel: (212) 655-3594
Fax: (212) 655-3535

July 28, 2026

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 8C South
Brooklyn, NY 11201

  **Re:** *United States v. Joshua Nass*, **26-cr-108 (DLI)**

Dear Judge Irizarry:

  We represent defendant Joshua Nass in the above-referenced case.  We write to respectfully request a second and final extension of time until Tuesday, August 4, 2026, to file Mr. Nass' reply brief in further support of his pretrial motions.  This additional time has become necessary due to unexpected personal obligations of counsel and to ensure sufficient time to confer with our client before filing.

  We have conferred with counsel for the government who have no objection to this request.

      Respectfully submitted,

       /s/ HEM
      Henry E. Mazurek
      Ilana Haramati

      *Counsel for Defendant Joshua Nass*

cc:  Counsel of Record (*via ECF*)