MSS Meister Seelig & Schuster

Ilana Haramati
*Partner*
ih@mss-pllc.com
Tel: (646) 860-3130
Fax: (212) 655-3535

August 19, 2026

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *United States v. Joshua Nass*, 26-cr-108 (DLI)**

Dear Judge Irizarry:

We represent defendant Joshua Nass in the above-captioned case. We write to respectfully request that the Court order the Clerk's Office to release the $50,000 in cash deposited as temporary security for Mr. Nass' bond—the $50,000 was deposited on the date of Mr. Nass' release, and only temporarily until the properties securing the bond were posted. *See* ECF Doc. 5, at 1. Because Mr. Nass' bond has been fully secured by the requisite real property since before May 1, 2026, as required by the bond and subsequent court orders, the $50,000 cash deposit is no longer required as security. *See* ECF Docs. 5, 27, 29, 30. Per the terms of Mr. Nass' bond, we respectfully request that the Court order the Clerk to release the $50,000 on deposit accordingly.

We have conferred with counsel for the government who have no objection to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Joshua Nass*

cc: Counsel of Record (*via ECF*)