MSS MEISTER SEELIG & SCHUSTER

Ilana Haramati
*Partner*
ih@mss-pllc.com
Tel: (646) 860-3130
Fax: (212) 655-3535

November 20, 2026

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 1120

**Re:** ***United States v. Joshua Nass, No. 26-cr-108 (DLI)***

Dear Judge Irizarry,

We write on behalf of defendant Joshua Nass in the above-referenced case to respectfully request a temporary modification of his conditions of pretrial release to permit him to travel from South Carolina to New York City from November 22, 2026 through November 29, 2026. During this time, Mr. Nass wishes to meet with his attorneys and spend the Thanksgiving holiday with his family.

We have conferred with both Pretrial Services who consent to this request, and counsel for the government who defer to the judgment of Pretrial Services. Mr. Nass will provide all necessary travel details to his supervising Pretrial Services officer.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Joshua Nass*

cc: Counsel of Record (*via ECF*)